April 2, 1974.

No. 261. FIDELITY & DEPOSIT COMPANY OF MARYLAND, Plaintiff and Respondent, v. METROPOLITAN SEWERAGE COMMISSION OF THE COUNTY OF MILWAUKEE, Appellant: R. W. CONSTRUCTION, INC., and others, Defendants.

(Also reported in 216 N. W. 2d 49.)

APPEAL from an order (denominated judgment) of the circuit court for Milwaukee county entered July 24, 1972: GERALD J. BOILEAU, Circuit Judge.

Appeal. Orders appealable. Public works bond. Order determining limits of liability, but leaving merits of claims undetermined. Order not appealable.

The cause was submitted for the appellant on the briefs of *Schroeder, Gedlen, Riester & Moerke* and *Ewald L. Moerke, Jr.*, all of Milwaukee, and for the respondent on the brief of *John & Meyer* and *Walter A. John*, all of Milwaukee.

Appeal dismissed.